D. P. HOLT v. A. H. McCASKY.

It is too late to move to dismiss a *certiorari* after the first Term of the Court ;
· where the *certiorari* was dismissed on motion filed at the second Term, the judg-
ment was reversed.

Error from Titus.

*W. H. Johnson*, for plaintiff in error.

HEMPHILL, CH. J.   This case was brought from a Justice's
Court into the District Court by a writ of *certiorari.*   At the
first Term, it was continued by the plaintiff.   At the second, it
was dismissed on motion of the defendant ; and this judgment
has, by writ of error, been brought up to this Court.

The principal ground assigned for reversal is, that the mo-
tion to dismiss, not being filed at the return Term of the *certio-
rari*, came too late, and for that reason should have been over-
ruled.   And there is no doubt, under the decisions of this Court,
that this is a valid ground of objection to the judgment.

We have uniformly held, from the case of O'Brien v. Dunn,
(5 Tex. R. 570,) that a motion to dismiss a *certiorari* must be
made at the return Term.   (10 Tex. R. 268, 285, 318.)   The
judgment is erroneous, and the same is hereby reversed, and
the cause ordered to be remanded.

Reversed and remanded.